UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 4 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P. A. | § | |
| Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. B-03-048 |
| AMERICAN STANDARD, INC. | § | |
| Defendant | § | |

PLAINTIFF'S DISCLOSURE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE JUDGE OF THE COURT:

Plaintiff, Valley Diagnostic Clinic, P. A. [hereafter "VDC"], by and through its undersigned counsel, hereby makes its disclosure of financially interested parties as required by this Court's Order Setting Conference.

VDC knows of no parties who are financially interested in the outcome of this litigation other than the following:

1. Valley Diagnostic Clinic, P. A.;

2. Transcontinental Insurance Company;

3. American Standard, Inc;

4. Texas Insurance Managers;

5. Employers Reinsurance Corporation;

Respectfully submitted,

GARY, THOMASSON, HALL & MARKS
Professional Corporation
Attorneys for Valley Diagnostic Clinic, P. A.
P. O. Box 2888
Corpus Christi, Texas 78403
(361) 884-1961  FAX (361) 889-5100

*signature*
Gordon D. Laws
Federal Bar No. 12417
State Bar No. 12057650