UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P. A. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-03-048 |
| | § | |
| AMERICAN STANDARD, INC. | § | |
| | § | |
| Defendant | § | |

United States District Court
Southern District of Texas
FILED

MAR 3 1 2003

Michael N. Milby
Clerk of Court

## NOTICE OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES VALLEY DIAGNOSTIC CLINIC, P. A., Plaintiff in the above captioned cause to hereby file this Notice of Dismissal in accordance with Rule 41(a) (1) of the Federal Rules of Civil Procedure. This action was filed on March 4, 2003. No process has been served on Defendant, and Defendant has filed no pleadings in this cause.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Valley Diagnostic Clinic, P.A., respectfully requests that this Court dismiss this cause without prejudice.

Respectfully Submitted,

GARY, THOMASSON, HALL & MARKS
Professional Corporation
Attorneys for Valley Diagnostic Clinic, P. A.
P. O. Box 2888
Corpus Christi, Texas 78403
(361) 884-1961  FAX (361) 889-5100

_____
Gordon D. Laws
Federal Bar No. 12417
State Bar No. 12057650

263912.1/chh/524