5

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| VALLEY DIAGNOSTIC CLINIC, P. A. | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-03-048 |
| | § | |
| AMERICAN STANDARD, INC. | § | |
| | § | |
| Defendant | § | |

United States District Court
Southern District of Texas
ENTERED

APR 1 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER

Came on this day to be considered the Notice of Dismissal of Valley Diagnostic Clinic, P.A., in the above case. The Court having considered the notice, and all things necessary to rule on the notice, finds that the above-captioned case should be dismissed without prejudice.

It is therefore, ORDERED, ADJUDGED, and DECREED that Valley Diagnostic Clinic, P.A.'s Notice of Dismissal is hereby GRANTED and this cause is dismissed without prejudice. Court costs will be borne by the party incurring the same.

Signed this _____ day of _____, 2003.

_____
UNITED STATES DISTRICT JUDGE

263915.1/chh/524